NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7037

JERRY W. DOUGLAS,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 06-0482, Chief William P. Greene, Jr.

ON MOTION

ORDER

Jerry W. Douglas moves for a 45-day extension of time, until May 11, 2009 to file a brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an extension of time is granted.

FOR THE COURT

MAR 3 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 3 0 2009

Jan Horbaly
CLERK

cc: Kenneth M. Carpenter, Esq.
Hillary A. Stern, Esq.

s20